

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | Criminal No. **1:09cr** 435 |
| --- | --- | --- |
| | ) | |
| v. | ) | Ct. 1: 18 U.S.C. §1951 |
| | ) | (Hobbs Act Conspiracy) |
| **REGINALD ARNOLD WADDELL,** | ) | |
| a/k/a: "Chippy," | ) | Ct. 2: 18 U.S.C. §1951 |
| | ) | (Hobbs Act Armed Robbery) |
| Defendant | ) | |
| | ) | Ct. 3: 18 U.S.C. §924(c)(1) |
| | ) | (Using Firearm in Crime |
| | ) | of Violence) |
| | ) | |
| | ) | Ct. 4: 18 U.S.C. 922(g) |
| | ) | (Felon in Possession) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

# **I N D I C T M E N T**

October 2009 Term - At Alexandria

THE GRAND JURY CHARGES THAT:

### **Count 1**

### **(Hobbs Act Conspiracy)**

On or about May 18, 2009, in Arlington County, Virginia, in the Eastern District of Virginia and elsewhere, **REGINALD ARNOLD WADDELL,** a/k/a: "Chippy," the defendant herein, knowingly and unlawfully combined, conspired, confederated and agreed together with others known and unknown to the grand jury to

violate Title 18, United States Code, Section 1951, as charged in Count 2 of this indictment, which description of said offense is realleged and incorporated by reference as if set forth fully herein.

(All in violation of Title 18, United States Code, Section 1951).

## Count 2

### (Hobbs Act Robbery)

THE GRAND JURY CHARGES FURTHER THAT:

On or about May 18, 2009, in Arlington County, Virginia, in the Eastern District of Virginia, **REGINALD ARNOLD WADDELL**, a/k/a: "Chippy," the defendant herein, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of approximately $275 in U.S. currency, belonging to the Dunkin' Donuts, located at 3520 Lee Highway, Arlington, Virginia, from the presence of an employee against her will by means of actual and threatened force, violence, and fear of immediate and future injury to her person, while the employee engaged in commercial activities as an employee of the said Dunkin' Donuts, a business that was engaged in and that affects interstate commerce.
(In violation of Title 18, United States Code, Section 1951.)

## Count 3

### (Brandishing Firearm in Crime of Violence)

THE GRAND JURY CHARGES FURTHER THAT:

On or about May 18, 2009, in Arlington County, Virginia, in the Eastern District of Virginia, **REGINALD ARNOLD WADDELL**, a/k/a: "Chippy," the defendant herein, did knowingly and unlawfully use, carry and brandish a firearm, to-wit: a semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to-wit: interference with commerce by violence, in violation of Title 18, United States Code, Section 1951, as set forth in Count 2 of this indictment, which description of said crime of violence is realleged and incorporated by reference as if set forth in full herein.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).)

## Count 4

**(Felon in Possession of Firearm)**

THE GRAND JURY CHARGES FURTHER THAT:

On or about May 18, 2009, in Arlington County, Virginia, in the Eastern District of Virginia, the defendant, **REGINALD ARNOLD WADDELL**, a/k/a: "Chippy," the defendant herein, having been convicted in the United States District Court for the Eastern District of Virginia, of bank robbery, a felony, on August 21, 1981, which crime was punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce a firearm, to wit: a semiautomatic pistol, such firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
F O R E P E R S O N

Neil H. MacBride
United States Attorney

By: _____
Michael E. Rich
Assistant United States Attorney