**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Crim. No.: 1:09-CR-435 |
| | : | |
| REGINALD ARNOLD WADDELL, | : | The Hon. Liam O'Grady |
| | : | |
| Defendant. | : | |

NOTICE OF APPEAL

Notice is hereby given that Defendant REGINALD ARNOLD WADDELL hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of conviction entered in this case on the 2nd day of March 2010.

Respectfully submitted,

REGINALD ARNOLD WADDELL,

By Counsel,

_____*/s/ Chong C. Park*_____
Chong C. Park, Esq., VSB 45733
CLARK & ALLEN, P.C.
Market Station
108-E South Street., S.E.
Leesburg, Virginia 20175
Tel (703) 443-0001
Fax (703) 443-1081
cpark@candalaw.com
*Counsel for Defendant*

<u>CERTIFICATE</u>

I HEREBY CERTIFY that I have on this 3rd day of March 2010, caused a copy of the foregoing *Notice of Appeal* to be served on the United States by electronically filing the foregoing with the Clerk of the Court using CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

    Michael E. Rich, AUSA
    Stephanie B. Hammerstrom, AUSA


                              _____*/s/ Chong C. Park*_____